JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEKE GRAF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATCH.COM, LLC,<br><br>　　　　Defendant. | CV 15-3911 PA (MRWx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's July 13, 2015 Minute Order granting the Motion to Compel Arbitration and Dismiss or Stay Proceedings filed by defendant Match.com, LLC ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: July 10, 2015　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE